FILED

09/04/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0057

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0057

_____

JACE CADE ZEILER,

      Petitioner and Appellant,

v.                                                                              O R D E R

STATE OF MONTANA,

      Respondent and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Mary Jane Knisely, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 4 2024